COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



THE STATE OF TEXAS,


 Appellant,


v.


LISA PAPER,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00060-CR



Appeal from the


Criminal District Court No. One


of El Paso County, Texas


(TC#20040D04280)


MEMORANDUM OPINION


 Pending before the Court is a motion to dismiss filed by the State pursuant to Tex.R.App.P.
42.2(a). Finding that the State has established compliance with the requirements of Rule 42.2(a),
we grant the motion and dismiss the appeal.


 GUADALUPE RIVERA, Justice


April 2, 2009


Before Chew, C.J., McClure, and Rivera, JJ.


(Do Not Publish)